#12873†
√#686430

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: * CASE # 06-30697 S
CHAPTER 13
*
Bishop, Alma Jean
Debtor *

TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following checks remaining unpaid. The names of the persons to whom such non-negotiated checks were issued, the amounts of such checks and the check numbers are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 653415 | Franklin Credit Management Corp<br>c/o Huntington National Bank<br>P O box 620444<br>Indianapolis, IN 46262-0444 | 14.45 | 3/31/10 |

2. Your trustee's check #686430 for a total of $ 14.45 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 07/28/10

John P. Gustafson
Trustee in Bankruptcy